AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:25-mj-00365 |
| Osiel Jesus Verdugo Contreras | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Osiel Jesus Verdugo Contreras,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 841(a)(1), (b)(1)(A)- Possession with intent to distribute 50 grams of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

21 U.S.C. §§ 841(a)(1),(b)(1)(B)- Possession with intent to distribute 100 grams or more of a mixture or subtance containing a detectable amount of heroin.

Date: 12/10/2025

*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/10/25, and the person was arrested on *(date)* 12/10/25
at *(city and state)* Sherwood, OR.

Date: 12/11/25

*Arresting officer's signature*

SA Connor Crago
*Printed name and title*